IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CLAUDIA L. FOLORUNSO | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-04-3183 |
| | § | |
| | § | |
| JOANNE B. BARNHART, | § | |
| Commissioner of the Social Security | § | |
| Administration. | § | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

This court has reviewed the Memorandum and Recommendation of the United States Magistrate Judge signed on February 16, 2006 and has made a *de novo* determination of the Magistrate Judge's recommended disposition. Rule 72(b), Fed. R. Civ. P.; 28 U.S.C. § 636(b)(1)(C); *United States v. Wilson*, 864 F.2d 1219 (5th Cir. 1989). This court adopts the Memorandum and Recommendation as this court's Memorandum and Order. Accordingly, plaintiff Claudia L. Folorunso's motion for summary judgment is denied and the defendant Commissioner's motion for summary judgment is granted. This court finds that the ALJ did not err in finding that Folorunso is not disabled; the finding is supported by substantial evidence and the proper legal standards were used to evaluate the evidence. Final judgment is entered by separate order.

SIGNED on March 6, 2006, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge